■ M. SHAWKY EL SAWAH, Appellant, v EMPIRE STATE PIPELINE, Respondent. [659 NYS2d 593] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court's determination of damages resulting from defendant's taking of an easement on claimant's property is supported by the evidence (*see, Buisch v State of New York*, 98 AD2d 967; *Matter of Rochester Urban Renewal Agency v Lee*, 83 AD2d 770). We reject claimant's contention that the Trial Judge should have disqualified himself. There is no mandatory statutory basis for

disqualification (*see,* Judiciary Law § 14), and nothing in the record supports the allegations of claimant that the court harbored bias and prejudice against him. The fact that the court had previously dismissed the claim (*see, El Sawah v Empire State Pipeline,* 219 AD2d 839), without more, is not a ground for disqualification (*see, People v Brown,* 141 AD2d 657, 658). (Appeal from Judgment of Supreme Court, Monroe County, Kehoe, J.—Damages.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.